UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Adan & Brenda Cisneros,<br><br>Plaintiff,<br>v.<br><br>Dynamic Recovery Services, Inc.,<br><br>Defendant. | :<br>:<br>:<br>:<br>: Civil Action No.: 4:10-cv-04115<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 24, 2011

Respectfully submitted,

By: __/s/ Diana P. Larson_____

Diana P. Larson, *Attorney-in-Charge*
Southern District of Texas Bar No. 24957
Texas Bar No. 24007799
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, Texas  77002
Telephone:  (713) 221-9088
Facsimile:  (832) 415-9762
Email:  diana@thelarsonlawoffice.com


Of Counsel To:
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm

                                                1100 Summer Street, 3rd Floor  
                                                Stamford, CT 06905  
                                                Telephone: (203) 653-2250  
                                                Facsimile:  (877) 795-3666  
                                                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 24, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By __/s/ Diana P. Larson_____
              Diana P. Larson